FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2011 FEB -2 PM 2:01

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. SA-11-CR- SA11CR0080 OG |
| Plaintiff, | ) **INDICTMENT** |
| VS. | ) |
| | ) Count 1:18 U.S.C. § 1028(a)(7) |
| DOUGLAS ALLEN EWERT, | ) Fraud in Relation to Identification Documents |
| Defendant. | ) |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 1028(a)(7)]

On or about June 4, 2010, in the Western District of Texas, the defendant,

**DOUGLAS ALLEN EWERT,**

did knowingly transfer, possess and use, without lawful authority, in and affecting interstate and foreign commerce, a means of identification of another person, to wit: the person's social security number, with the intent to commit, aid and abet, and in connection with, any unlawful activity that constitutes a violation of federal law, to wit: 18 United States Code Section 1344, Bank Fraud.

All in violation of Title 18 United States Code Section 1028(a)(7).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
/SARAH WANNARKA
Assistant United States Attorney